IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BREWER                                                                    PLAINTIFF
ADC #140442

v.                                    CASE NO. 5:17-CV-00177 BSM

JEREMY LAMAR RIDGLE,
Correctional Sergeant, Maximum Security
Unit, ADC, et al.                                                                     DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 46] submitted by United States Magistrate Judge Joe J. Volpe has been received. Plaintiff Christopher Brewer has not submitted objections. After careful review of the record, the partial recommended disposition is hereby adopted in its entirety. Accordingly, defendants motion for summary judgment [Doc. No. 33] is granted as to Brewer's official capacity claims and denied as to Brewer's excessive force and failure to protect claims against defendants in their individual capacities. Furthermore, an in forma pauperis appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE