**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER BREWER**                                                                                          **PLAINTIFF**

**v.**                                         **CASE NO. 5:17-CV-00177 BSM**

**JEREMY LAMAR RIDGLE,**
**SHEILA MATTHEWS, and**
**QUINTON PALMER**                                                                                          **DEFENDANTS**

## ORDER

The motions for mistrial of Sheila Matthews and Quinton Palmer were granted at the close of evidence for the reasons stated from the bench. Christopher Brewer's claim against Jeremy Lamar Ridgle was submitted to the jury. The jury deadlocked, and a mistrial was declared. Brewer's claim against Ridgle shall be tried to a new jury at the earliest convenience of the parties.

IT IS SO ORDERED this 19th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE